OPINION — AG — ** NEWSPAPER CLIPPING SERVICE — FUNDS ** QUESTION: DOES THE BOARD OF MEDICAL EXAMINERS OF OKLAHOMA AUTHORIZED BY LAW TO SUBSCRIBE TO A NEWSPAPER CLIPPING SERVICE (AND PAY FOR THE SAME OUT OF FUNDS OF THE BOARD) IN ORDER " TO SECURE INFORMATION REGARDING VIOLATIONS OF THE MEDICAL PRACTICE ACT " ? — NEGATIVE CITE: OPINION NO. JULY 7, 1049 — GHALLAHER, 59 O.S. 495 [59-495](C), 59 O.S. 512 [59-512] (FRED HANSEN)